1

2

3                              **UNITED STATES DISTRICT COURT**

4                                   **DISTRICT OF NEVADA**

5

6   UNITED STATES OF AMERICA,                    )
                                                 )
7                          Plaintiff,            )
                                                 )
8            vs.                                 )          2:09-cr-00223-RCJ-LRL
                                                 )
9   RONALD DAIN HARRIS,                          )
                                                 )          **ORDER**
10                        Defendant.             )
                                                 )
    _____       )

11

12          Defendant objects to the Magistrate Judge's Report & Recommendation (#37)

13   recommending denial of his Motion to Suppress Statements for Fifth Amendment Violation (#24).

14   In his Objection (#41), Defendant focuses on the fact that the investigating officers had knowledge

15   of his intoxication when he waived his *Miranda* rights.  But the relevant question is whether a

16   defendant's intoxication is so extreme that his freewill is overborne. *See United States v. George*,

17   987 F.2d 1428, 1430–31 (9th Cir. 1993).  An officer's knowledge of a defendant's reduced capacity

18   cannot in and of itself contribute to the overbearing of a defendant's will for the simple reason that

19   an officer's own knowledge is not directly perceivable by a defendant.  Only an officer's words or

20   actions (of whatever motivation) are perceivable by a defendant and can "coerce" him, not the

21   officer's own perceptions.  An officer's knowledge may rightfully make a court more inquisitive,

22   but standing alone, his perceptions are not evidence of coercion.  In the present case, the Magistrate

23   Judge correctly concluded that under the totality of the circumstances, particularly in light of

24   Defendant's appropriate responses to questions and commands, his intoxication was not so extreme

25   so as to overbear his freewill.

**CONCLUSION**

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#37) is ADOPTED.

IT IS FURTHER ORDERED that the hearing, currently scheduled for Monday, April 26, 2010 at 3:15 p.m. shall be VACATED.

DATED:    April 1, 2010

_____
Robert C. Jones
United States District Judge