RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Ronald Harris

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-223-GMN-LRL |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| RONALD HARRIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Ronald Harris, that the Revocation Hearing currently scheduled on January 21, 2016, be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The defendant is in custody and does not oppose the continuance.

2. On January 19, 2016, Mr. Harris was indicted for possession with intent to distribute, in case number 2:16-cr-014-LRH-CWH. The newly indicted case is inextricably linked to the revocation petition in case number 2:09-cr-223-GMN-LRL.

3. Mr. Harris will have an Arraignment and Plea in case number 2:16-cr-014-LRH-CWH on January 26. 2016 at the hour of 3:00 p.m.

4. Counsel needs additional time to meet with the client, review the discovery and investigate the allegations in the petition..

This is the first request for a continuance of the revocation hearing.

DATED this 20th day of January, 2016

| RENE L. VALLADARES | DANIEL G. BOGDEN |
| Federal Public Defender | United States Attorney |

   /s/ Monique Kirtley                            /s/ Robert Knief
By_____   By_____
MONIQUE KIRTLEY                ROBERT KNIEF
Assistant Federal Public Defender   Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>RONALD HARRIS,<br><br>         Defendant. | Case No. 2:09-cr-223-GMN-LRL<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, January 21, 2016 at 9:00 a.m., be vacated and continued to April 21, 2016, at 10 a.m.

   DATED this   20   day of January, 2016

   _____
   UNITED STATES DISTRICT JUDGE

3