RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Ronald Harris

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>RONALD HARRIS,<br><br>             Defendant. | Case No. 2:09-cr-223-GMN-LRL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Ronald Harris, that the Revocation Hearing currently scheduled on August 11, 2016, be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

   This Stipulation is entered into for the following reasons:

   1.   The defendant is in custody and does not oppose the continuance.

   2.   On January 19, 2016, Mr. Harris was indicted for possession with intent to distribute, in case number 2:16-cr-014-GMN-CWH.

3.     On May 25, 2016, a motion to suppress was filed in case number 2:16-cr-014-GMN-CWH. An evidentiary, on the motion to suppress, was conducted on May 25, 2016. On June 30, 2016, the Magistrate Judge entered a Report and Recommendation. (CR#17). The Objections are currently due on August 31, 2016.

4.     The revocation hearing on case 2:09-cr-223-GMN-LRL is currently scheduled for August 11, 2016. The revocation petition is inextricably linked to case 2:16-cr-014-GMN-CWH, which is currently scheduled for trial on September 06, 2016. The criminal indictment and the revocation petition allege the same criminal conduct.

5.     The additional time requested herein is not sought for purposes of delay, but merely to allow for the complete resolution of the pretrial motions process, prior to the hearing on the revocation petition.

This is the second request for a continuance of the revocation hearing.

DATED this 5th day of August, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Robert Knief*<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RONALD HARRIS,<br><br>  Defendant. | Case No. 2:09-cr-223-GMN-LRL<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, August 11, 2016 at 9:30 a.m., be vacated and continued to November 17, 2016 at the hour of 9:30 a.m.; or to a time and date convenient to the court.

DATED this ___8___ day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE