RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Ronald Harris

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-223-GMN-LRL |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Sixth Request) |
| RONALD HARRIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Ronald Harris, that the Revocation Hearing currently scheduled on March 3, 2017 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     The defendant is in custody and does not oppose the continuance.

2.     On January 19, 2016, Mr. Harris was indicted for possession with intent to distribute, in case number 2:16-cr-014-GMN-CWH.

3.   On May 25, 2016, a motion to suppress was filed in case number 2:16-cr-014-GMN-CWH.  An evidentiary, on the motion to suppress, was conducted on May 25, 2016.  On June 30, 2016, the Magistrate Judge entered a Report and Recommendation. (CR#17).  On November 14, 2016 this Court adopted the Magistrate Judge's Report and Recommendation.

4.   The revocation hearing on case 2:09-cr-223-GMN-LRL is currently scheduled for March 3, 2017.  The trial in case 2:16-cr-014-GMN-CWH is currently scheduled for May 8, 2017.  The revocation petition is inextricably linked to case 2:16-cr-014-GMN-CWH.  The criminal indictment and the revocation petition allege the same criminal conduct.

5.   Additionally, the parties are negotiating a resolution for both cases.

6.   The additional time requested herein is not sought for purposes of delay, but merely to allow for the complete resolution of the trial in 2:16-cr-GMN-CWH prior to the hearing on the revocation petition.

This is the sixth request for a continuance of the revocation hearing.

DATED this 28th day of February, 2017.

RENE L. VALLADARES
Federal Public Defender

DANIEL G. BOGDEN
United States Attorney

*/s/ Monique Kirtley*
By_____

MONIQUE KIRTLEY
Assistant Federal Public Defender

*/s/ Robert Knief*
By_____

ROBERT KNIEF
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-223-GMN-LRL |
| Plaintiff, | **ORDER** |
| v. | |
| RONALD HARRIS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, March 3, 2017 at 10:00 a.m., be vacated and continued to __May 12, 2017__ at the hour of _10_:_30_ _a_.m.; or to a time and date convenient to the court.

DATED this _28th_ day of _February_, 2017.

_____

UNITED STATES DISTRICT JUDGE

3