RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Ronald Harris

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RONALD HARRIS,<br><br>        Defendant. | Case No. 2:09-cr-223-GMN-LRL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Seventh Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Ronald Harris, that the Revocation Hearing currently scheduled on Friday, May 12, 2017 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The defendant is in custody and does not oppose the continuance.

2. Since the filing of the previous stipulation, the parties are negotiating the details of a global resolution in this case 2:09-cr-223-GMN-LRL which is inextricable linked to the defendant's case 2:16-cr-014-GMN-CWH.

3. The trial in case 2:16-cr-014-GMN-CWH is currently scheduled for Monday, July 24, 2017 at 8:30 a.m. The revocation petition is inextricably linked to case 2:16-cr-014-GMN-CWH. The criminal indictment and the revocation petition allege the same criminal conduct.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow for the complete resolution of the trial in 2:16-cr-GMN-CWH prior to the hearing on the revocation petition.

This is the seventh request for a continuance of the revocation hearing.

DATED this 8th day of May, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE,<br>Acting United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Robert Knief*<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD HARRIS,

    Defendant.

Case No. 2:09-cr-223-GMN-LRL

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, May 12, 2017 at 10:30 a.m., be vacated and continued to  August 18, 2017  at the hour of  10:30 a.m. in Courtroom 7C.

DATED this  9  day of  May , 2017.

_____
UNITED STATES DISTRICT JUDGE

3