1 | STEVEN MYHRE
Acting United States Attorney
2 | ROBERT A. KNIEF
Assistant United States Attorney
3 | 501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
4 | Tel.: (702) 388-6503
*Attorneys for the Plaintiff*

5 | LAW OFFICE OF TELIA U. WILLIAMS
6 | Telia U. Williams, Esq.
10161 Park Run Drive, Suite 150
7 | Las Vegas, Nevada 89145
Tel.: (702) 835-6866
8 | telia@telialaw.com
*Attorney for the Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00223 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING** |
| vs. | |
| RONALD HARRIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Telia U. Williams, Esq., counsel for the defendant, Ronald Harris, and Robert A. Knief, Assistant United States Attorney, that the hearing to determine whether to revoke Mr. Harris' supervised release, which was scheduled for today, October 27, 2017 at 10:30am, be continued to some future date after Mr. Harris is tried or enters a plea agreement in his other case, *United States v. Ronald Harris*, Case No. 2:16-cr-00014. Trial in this latter matter is tentatively scheduled to occur on December 18, 2017. Hence, the court should hold Mr. Harris' revocation hearing *after* that aforementioned date. Inasmuch as Ms. Williams was only appointed as Mr. Harris' counsel today, more time is

needed to allow her to confer with, and help to prepare, Mr. Harris, for his hearing.

DATED: October 27, 2017

| LAW OFFICE OF TELIA U. WILLIAMS | ACTING UNITED STATES ATTORNEY |
|---|---|
| By: */s/ Telia U. Williams* | By: */s/ Robert A. Knief* |
| Telia U. Williams, Esq.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Tel.: (702) 835-6866<br>telia@telialaw.com | Steven Myhre, Esq.<br>Robert A. Knief, Esq.<br>Assistant United States Attorney<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89106<br>Tel.: (702) 697-7525 |
| *Attorney for Defendant* | *Attorneys for Plaintiff* |

| | |
|---|---|
| 1 | STEVEN MYHRE<br>Acting United States Attorney |
| 2 | ROBERT A. KNIEF<br>Assistant United States Attorney |
| 3 | 501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89101 |
| 4 | Tel.: (702) 388-6503<br>*Attorneys for the Plaintiff* |
| 5 | |
| 6 | LAW OFFICE OF TELIA U. WILLIAMS<br>Telia U. Williams, Esq. |
| 7 | 10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145 |
| | Tel.: (702) 835-6866 |
| 8 | telia@telialaw.com<br>*Attorney for the Defendant* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD HARRIS,<br><br>Defendant. | Case No. 2:09-cr-00223<br><br>**ORDER** |

**FINDINGS OF FACT**

Based on the Stipulation of counsel, and good cause appearing therefore, the court finds that the Stipulation by and between the United States and Ronald Harris to continue the revocation hearing in this case is entered into in good faith, due to counsel for the defendant only recently being appointed. The defendant also requests that his revocation hearing take place after the date of his trial in another case, *United States v. Ronald Harris*, Case No. 2:16-cr-00014, which trial is anticipated to be scheduled for December 18, 2017.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the defendant herein the opportunity to effectively confer with his new counsel and prepare for his revocation hearing.

Thus, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Revocation Hearing that was scheduled for October 27, 2017 at 10:30 am, be continued to the 16th day of January, 2018, at Courtroom 7C at 8:00 a.m.

DATED this 27th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE