# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff-Appellee, ) <br> vs. ) <br> ) <br> RONALD HARRIS, ) <br> ) <br> Defendant-Appellant. ) <br> _____ ) | **Case No.: 2:09-cr-00223-GMN-LRL** |

## ORDER APPOINTING COUNSEL

On October 26, 2017, this Court granted Defendant Ronald Harris's oral motion for new counsel.

Accordingly,

IT IS HERE BY ORDERED that the Federal Public Defender is hereby withdrawn from this case.

IT IS FURTHER ORDERED that Telia Williams is appointed to represent Ronald Harris. Ms. Williams' address is 10161 Park Run Dr., Suite 150 Las Vegas, Nevada 89145 and her phone number is (702) 835-6866.

IT IS FURTHER ORDERED that the Federal Public Defender's office is directed to forward the file to Ms. Williams forthwith.

**DATED** this __21__ day of December, 2017.

*Nunc Pro Tunc*: October 26, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court