| | |
|---|---|
| 1 | DAYLE ELIESON<br>United States Attorney |
| 2 | ROBERT A. KNIEF<br>Assistant United States Attorney |
| 3 | 501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89101 |
| 4 | Tel.: (702) 388-6503<br>*Attorneys for the Plaintiff* |
| 5 | |
| 6 | LAW OFFICE OF TELIA U. WILLIAMS<br>Telia U. Williams, Esq. |
| 7 | 10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145 |
| 8 | Tel.: (702) 835-6866<br>telia@telialaw.com<br>*Attorney for the Defendant* |

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD HARRIS,<br><br>Defendant. | Case No. 2:09-cr-00223<br><br>**STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING** |

IT IS HEREBY STIPULATED AND AGREED by and between Telia U. Williams, Esq., counsel for the defendant, Ronald Harris, and Robert A. Knief, Assistant United States Attorney, that the hearing to determine whether to revoke Mr. Harris' supervised release, which was scheduled for today, January 16, 2018 at 8:00am, (and which was continued to tomorrow, January 17, 2018 at 11:00am), be continued to some future date after Mr. Harris is tried or enters a plea agreement in his other case, *United States v. Ronald Harris*, Case No. 2:16-cr-00014. Trial in this latter matter is tentatively scheduled to occur on March 12, 2018. Hence, the court should hold Mr. Harris' revocation hearing *after* that aforementioned date. Ms. Williams is dealing with a

family emergency (which resulted in her missing today's hearing), and which makes it difficult for her to effectively assist Mr. Harris tomorrow, as well.

DATED: January 16, 2018

| LAW OFFICE OF TELIA U. WILLIAMS | ACTING UNITED STATES ATTORNEY |
|---|---|
| By: */s/ Telia U. Williams* | By: */s/ Robert A. Knief* |
| Telia U. Williams, Esq.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Tel.: (702) 835-6866<br>telia@telialaw.com | Dayle Elieson, Esq.<br>Robert A. Knief, Esq.<br>Assistant United States Attorney<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89106<br>Tel.: (702) 697-7525 |
| *Attorney for Defendant* | *Attorneys for Plaintiff* |

1  DAYLE ELIESON
   United States Attorney
2  ROBERT A. KNIEF
   Assistant United States Attorney
3  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
4  Tel.: (702) 388-6503
   *Attorneys for the Plaintiff*
5
   LAW OFFICE OF TELIA U. WILLIAMS
6  Telia U. Williams, Esq.
   10161 Park Run Drive, Suite 150
7  Las Vegas, Nevada 89145
   Tel.: (702) 835-6866
8  telia@telialaw.com
   *Attorney for the Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00223 |
| Plaintiff, | **ORDER** |
| vs. | |
| RONALD HARRIS, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the Stipulation of counsel, and good cause appearing therefore, the court finds that the Stipulation by and between the United States and Ronald Harris to continue the revocation hearing in this case is entered into in good faith, due to counsel for the defendant having a family emergency. The defendant also requests that his revocation hearing take place after the date of his trial in another case, *United States v. Ronald Harris*, Case No. 2:16-cr-00014, which trial is scheduled for March 12, 2018.

3

## **CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the defendant's counsel opportunity to resolve her family emergency and prepare for the defendant's revocation hearing.

Thus, denial of this request for continuance could result in a miscarriage of justice.

## **ORDER**

IT IS HEREBY ORDERED that the Revocation Hearing that was scheduled for January 17, 27, 2018 at 11:00 am, be continued to March 30, 2018, at 11:00 a.m. in Courtroom 7C.

DATED this __16__ day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE