1  DAYLE ELIESON
   United States Attorney
2  District of Nevada
   ROBERT A. KNIEF
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel.: (702) 388-6503
5  *Attorneys for the Plaintiff*

6  LAW OFFICE OF TELIA U. WILLIAMS
   Telia U. Williams, Esq.
7  10161 Park Run Drive, Suite 150
   Las Vegas, Nevada 89145
8  Tel.: (702) 835-6866
   telia@telialaw.com
9  *Attorney for the Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00223 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING** |
| vs. | |
| RONALD HARRIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Telia U. Williams, Esq., counsel for the defendant, Ronald Harris, and Robert A. Knief, Assistant United States Attorney, that the hearing to determine whether to revoke Mr. Harris' supervised release, which was scheduled for Friday, March 30, 2018 at 11:00am, be continued to some future date at or after Mr. Harris' sentencing and disposition in his other case, *United States v. Ronald Harris*, Case No. 2:16-cr-00014. Sentencing in this latter matter is scheduled to occur on June 21, 2018.

This Stipulation is entered into for the following reasons:

    1. Counsel for Harris is in the process of preparing complex mental health

evaluations and other supporting materials to help mitigate a possible penalty.

2. Counsel for Mr. Harris also needs time to schedule with third parties' professionals for sentencing memorandum preparation.
3. Counsel for the defense has and has no objection to the continuance.
4. Additionally, counsel for the United States has no objection to this continuance.
5. Denial of this request for continuance could result in a miscarriage of justice.
6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing and disposition until a date and time convenient to the court.
7. This is the third request for a continuance.

DATED: March 27, 2018

| LAW OFFICE OF TELIA U. WILLIAMS | ACTING UNITED STATES ATTORNEY |
|---|---|
| By: */s/ Telia U. Williams* | By: */s/ Robert A. Knief* |
| Telia U. Williams, Esq.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Tel.: (702) 835-6866<br>telia@telialaw.com | Dayle Elieson, Esq.<br>Robert A. Knief, Esq.<br>Assistant United States Attorney<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89106<br>Tel.: (702) 697-7525 |
| *Attorney for Defendant* | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD HARRIS,<br><br>Defendant. | Case No. 2:09-cr-00223<br><br>**ORDER** |

## FINDINGS OF FACT

Based on the Stipulation of counsel, and good cause appearing therefore, the court finds that the Stipulation by and between the United States and Ronald Harris to continue the revocation hearing in this case is entered into in good faith, and finds that:

1. Counsel for Harris is in the process of preparing complex mental health evaluations and other supporting materials to help in mitigation of penalty if any against Mr. Harris.
2. The defendant has and has no objection to the continuance.
3. Counsel for the United States has no objection to this continuance.
4. Denial of this request for continuance could result in a miscarriage of justice.
5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the hearing until a date and time convenient to the court. The parties request a hearing at or after the date of sentencing in Mr. Harris' case, *United States v. Ronald Harris*, Case No. 2:16-cr-00014.
6. This is the third request for a continuance.

**CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the defendant herein the opportunity to prepare full defense in preparation for his revocation hearing.

Thus, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the Revocation Hearing that was scheduled for March 30, 2018 at 11:00 am, be continued to June 21, 2018, at 9:30 a.m. in Courtroom 7D.

DATED this __27__ day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE